IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 08-cr-00181 JDB |
| | ) | |
| v. | ) | JOINT SENTENCING |
| | ) | MEMORANDUM |
| SOCIÉTÉ AIR FRANCE, and | ) | |
| KONINKLIJKE LUCHTVAART | ) | |
| MAATSCHAPPIJ N.V., | ) | |
| | ) | |
| Defendants. | ) | |

The United States and Defendants Société Air France and Koninklijke Luchtvaart Maatschappij N.V. file this Joint Sentencing Memorandum in support of their recommendation that the Court sentence Defendants to pay a single criminal fine of $350 million pursuant to the terms of a Plea Agreement between the United States and the Defendants that is scheduled for consideration by the Court on July 22, 2008. The reasons for the proposed sentence are set forth fully in the Plea Agreement, which will be filed in conjunction with the hearing.

In connection with the Plea Agreement, the United States and the Defendants have agreed to, and request that the Court enter, the following Special Instruction in the Schedule of Payments in the Judgment:

> With respect to the $350 million fine, $210 million is attributable to and payable by Société Air France and $140 million is attributable to and payable by Koninklijke Luchtvaart Maatschappij N.V. The payments shall be made in full before the fifteenth day after the Court has entered judgment. The special assessment is due immediately.

DATED: July 16, 2008

Respectfully submitted,

| | |
|---|---|
| **SOCIÉTÉ AIR FRANCE, and KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.,** | **THOMAS O. BARNETT, ASSISTANT ATTORNEY GENERAL** |

BY:     /s/
   Thomas A. McGrath
   Linklaters LLP
   1345 Avenue of the Americas
   New York, New York 10105
   (212) 903-9140

Counsel for SOCIÉTÉ AIR FRANCE

BY:     /s/
   John M. Nannes
   Skadden, Arps, Slate, Meagher & Flom LLP
   1440 New York Avenue, N.W.
   Washington, D.C. 20005
   (202) 371-7500

Counsel for KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.

BY:     /s/
   Mark Rosman, Assistant Chief
   Brent Snyder, Trial Attorney
   Mark Grundvig, Trial Attorney
   Katie Hellings, Trial Attorney
   Elizabeth Aloi, Trial Attorney
   U.S. Department of Justice
   Antitrust Division
   450 Fifth Street, N.W., Suite 11300
   Washington, D.C. 20530
   Tel.: (202) 307-6694
   Fax: (202) 514-6525