
**KLM**

**FILED**

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.
### BOARD RESOLUTIONS

On May 20, 2008, the Supervisory Board of Directors of Koninklijke Luchtvaart Maatschappij N.V. ("KLM" or "Company"), hereby:

> RESOLVED, that Mr. Kees Storm, Chairman of the Supervisory Board of KLM, and Mr. Hans Smits, Chairman of the Audit Committee of the Supervisory Board of KLM, shall together have the power of authority to approve the payment by KLM of the amount to be assessed to KLM under the Plea Agreement between KLM and the United States Department of Justice and to grant authority to the KLM Board of Managing Directors to approve the execution, delivery, and performance of the Plea Agreement.

On June 12, 2008, Mr. Kees Storm and Mr. Hans Smits, with the power vested in them by KLM's Supervisory Board of Directors on May 20, 2008, hereby:

> RESOLVED, that the KLM Board of Managing Directors shall have the authority to approve the execution, delivery and performance of the Plea Agreement between KLM and the United States Department of Justice; and

> RESOLVED, that the payment by KLM of a fine in the amount of $140 million, as required under the terms of the Plea Agreement, is approved.

On June 23rd, 2008, the KLM Board of Managing Directors, with the power vested in it by Mr. Kees Storm and Mr. Hans Smits on June 12, 2008, hereby:

> RESOLVED, that the execution, delivery and performance of the Plea Agreement between KLM and the United States Department of Justice is approved, in substantially the form attached hereto;

> RESOLVED, that Peter F. Hartman, Chief Executive Officer of KLM, and Jan Ernst de Groot, Managing Director of KLM's Board of Managing Directors, be with power to act alone hereby, is authorized, empowered, and directed, for and on behalf of the Company, to execute and deliver the Plea Agreement;

> RESOLVED, that Barbara C.P. van Koppen, General Counsel of KLM, and Michael G. Schoonis, Senior Legal Counsel of KLM, be with power to act alone hereby, is authorized to represent the Company at a hearing in the United States District Court for the District of Columbia in order to plead guilty for and on behalf of the Company, in accordance with the provisions of the Plea Agreement; and

> RESOLVED, that Barbara C.P. van Koppen, General Counsel of KLM, and Michael G. Schoonis, Senior Legal Counsel of KLM, be with power to act alone hereby, is authorized to take individually any and all actions required or appropriate in order to carry out the intent and purpose of the preceding resolutions.


**KLM**

<u>CERTIFICATE</u>

I, Barbara C.P. van Koppen, hereby certify that I am the General Counsel for Koninklijke Luchtvaart Maatschappij N.V., a company with its head office at Amsterdamseweg 55, 1182 GP, Amstelveen, 1182 GP, The Netherlands, that I am the person responsible for keeping minutes of the meetings of the Supervisory Board of Directors of KLM and Board of Managing Directors of KLM, that the attached resolutions adopted by the Supervisory Board of Directors of KLM and Board of Managing Directors of KLM, are true, correct and complete, and that said resolutions have not been amended, modified or repealed, and remain in full force and effect, as of the date hereof.

Signed in The Netherlands this 23rd day of June, 2008 by

Barbara C.P. van Koppen, General Counsel
Koninklijke Luchtvaart Maatschappij N.V.