UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  COLUMBIA

**FILED**

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED  STATES  OF  AMERICA  )
)
vs.  )  Criminal Case No.  08-181-02  (JDB)
)
KONINKLIJKE LUCHTVAART  )
MAATSCHAPPIJ N.V.  )

## WAIVER  OF  INDICTMENT

I,  **KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.** , the above-
name defendant,  who is accused of

**Antitrust Violations
15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on  **July 22, 2008**  prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

Barbara C. P Van Koppen, General Counsel

Counsel for Defendant

Before _____  Date: _____
Judge John D. Bates