CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 08-181-02 (JDB) |
| ) | |
| ) | **FILED** |
| KONINKLIJKE LUCHTVAART ) | |
| MAATSCHAPPIJ N.V. | JUL 2 2 2008 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Barbara C. P Van Koppen, General Counsel

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved:

_____          Date: _____
Judge John D. Bates